HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>JACOB W. WAXMAN, )<br><br>Defendant. )<br>) | No. CR18-175-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING<br>THE UNOPPOSED MOTION TO<br>CONTINUE TRIAL AND PRETRIAL<br>MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1    (e) the additional time requested between the current trial date of September 17,

2    2018 and the new trial date is necessary to provide counsel for the defendant the

3    reasonable time necessary to prepare for trial, considering counsel's schedule and all of

4    the facts set forth above; and

5    (f) the period of delay from the date of this order to the new trial date is

6    excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

7    IT IS THEREFORE ORDERED that the trial date in this matter shall be

8    continued to January 28, 2019, and that pretrial motions shall be filed no later than

9    December 28, 2018.

10    DONE this 17 day of August, 2018.

11

12                                    _____
                                      ROBERT S. LASNIK
13                                    UNITED STATES DISTRICT JUDGE

14

15    Presented by:

16    s/ *Gregory Geist*
      Assistant Federal Public Defender
17    Attorney for Jacob W. Waxman

18

19

20

21

22

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE  - 2
*USA v. Waxman* / CR18-175-RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100