THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JACOB WAXMAN,<br><br>　　　　Defendant. | NO. CR 18-175-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE |

THE COURT, having considered the unopposed motion to extend the deadline for the defendant to file his reply to the government's response, GRANTS the motion.

IT IS ORDERED that the due date for the defendant's reply is extended from July 23, 2021, to August 20, 2021. The Clerk of Court shall renote the motion at Dkt. # 49 to August 20, 2021.

DONE this 22nd day of July, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Jacob Waxman

ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO FILE HIS REPLY - 1
(USA v. Jacob Waxman; CR18-175RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100